UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOTLYNN USA DIVISION, INC.,

    Plaintiff,

v.                                      Case No:   2:15-cv-152-FtM-38CM

COLD GROUND TRANSPORT,
LLC and AMATHIM THIAM,

    Defendants.
_____

## ORDER

Before the Court is Plaintiff Scotlynn USA Division, Inc.'s Second Verified Motion to Enlarge Time for Service of Process Under F.R.C.P. 4(m) (Doc. 11) filed on November 5, 2015.   Plaintiff filed its Complaint in this matter on March 10, 2015.  Doc. 1.   Under the Federal Rules of Civil Procedure, Plaintiff therefore was required to serve Defendants on or before July 8, 2015.   Fed. R. Civ. P. 4(m).   On July 29, 2015, Plaintiff filed a verified motion requesting a 120-day extension of time to effect service of process on Defendants, who were residing in North Carolina.   Doc. 9.   On July 30, 2015, this Court granted Plaintiff's motion, and ordered Plaintiff to effect service of process on Defendants by November 5, 2015.   *Id.*

In the instant motion, Plaintiff requests an additional 120 days by which to effect service of process.   Plaintiff details the efforts of a third process server in an ongoing attempt to timely serve Defendants.   Plaintiff believes that Defendants have relocated from North Carolina to Maryland.   Upon review of the motion, the Court finds that Plaintiff has diligently attempted to timely serve Defendants and has

- 2 -

demonstrated good cause for its failure to do so.  The Court therefore will grant the motion and extend the time for service.

ACCORDINGLY, it is hereby

**ORDERED:**

Second Verified Motion to Enlarge Time for Service of Process Under F.R.C.P. 4(m) (Doc. 11) is **GRANTED**.  Plaintiff shall have an additional 120 days, up to and including **March 10, 2016**, during which to effectuate service of process.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record